COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Dear Abel Acosta,        January 16, 2015
    (CCA), Clerk,

     Please find enclosed a Cashiers Check
for the sum of $24.65 for Certified copy of the
records in WR-25,679-19. Tr. Ct. cause No. 507052-C.

    I, truly appreciate your consideration...THANK You.
May GOD bless you. your Family and Friends.

Sincerely

Arthur Lowe

ARTHUR LOWE #669750
HUGHES UNIT.
RT. 2. BOX 4400
GATESVILLE, TEXAS
       76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

| 0068422 | 11-24 |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

6842201288

Remitter: ALLYSON L EZIKE
Operator I.D.: u331869

January 26, 2015

PAY TO THE ORDER OF      ***COURT OF CRIMINAL APPEAL***

***Twenty-four dollars and 65 cents***

**\*\*$24.65\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
5219 RICHMOND AVE
HOUSTON, TX 77056
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 24.65

*Richard Levy*

CONTROLLER

Details on Back.

Security Features Included.

⑈6842201288⑈ ⑆121000248⑆4861 512820⑈